DATE:  January 6, 2026

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Jamar Lafonz Hilliard*
   v. *Commonwealth of Virginia*
   Record No. 0723-24-1
   Opinion rendered by Judge Frucci on
   October 21, 2025

2. *Robert Matthew Caldwell*
   v. *Commonwealth of Virginia*
   Record No. 1099-24-3
   Opinion rendered by Judge Malveaux on
   October 21, 2025

3. *Mary Washington Healthcare, et al.*
   v. *Helen Costello, Administrator of the estate of William Costello, Deceased*
   Record No. 1787-24-2
   Opinion rendered by Judge O'Brien on
   October 28, 2025

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Jane Doe*
   v. *Joseph R. Green, Jr.*
   Record No. 1450-22-4
   Opinion rendered by Judge Chaney
     on August 6, 2024
   Judgment of Court of Appeals affirmed by opinion rendered
     on November 26, 2025
     (240794)

2. *Karen A. Williams, et al.*
   v. *Rappahannock County Board of Supervisors, et al.*
   Record No. 1585-23-4
   Opinion rendered by Judge Frucci
     on August 6, 2024
   Appeal by appellants dismissed with prejudice after finding appellants were
     not aggrieved parties by published order issued
     on December 11, 2025
     (240823)
   Appeal by appellees affirmed by published order issued
     on December 11, 2025
     (240830)

3. *Jason N. Ellis, et al.*
   v. *Taylor B. Jolley*
   Record No. 0870-23-1
   Opinion rendered by Judge Lorish
     on October 1, 2024
   Judgment of Court of Appeals affirmed in part, reversed in part,
     and remanded by opinion rendered
     on December 11, 2025
     (240930)

4. *Joseph Campbell, et al.*
   v. *Groundworks Operations, LLC, et al.*
   Record No. 1476-23-4
   Opinion rendered by Senior Judge Annunziata
     on November 19, 2024
   Judgment of Court of Appeals reversed by opinion rendered
     on December 30, 2025
     (241092)

5. *Kashyap P. Patel*
   v. *Cable News Network, Inc.*
   Record No. 1573-23-4
   Opinion rendered by Senior Judge Annunziata
     on January 21, 2025
   Dismissed (250239)

6. *Jose Vidal Pereira*
   v. *Commonwealth of Virginia*
   Record No. 0415-23-4
   Opinion rendered by Judge Chaney
     on January 28, 2025
   Refused (250155)

7. *Alice Minium*
   v. *David R. Hines, in his official capacity as Sheriff for Hanover County, et al.*
   Record No. 0157-24-2
   Opinion rendered by Judge Fulton
     on February 25, 2025
   Refused (250261)

8. *Ronnie Harless and Melissa Harless, Co-Administrators for the Estate of Jackson C. Harless, Jr., Deceased*
   v. *Sharon B. Williams*
   Record No. 0098-24-3
   Opinion rendered by Judge O'Brien
     on March 25, 2025
   Refused (250351)

9. *Church Mutual Insurance Company, S.I.*
   v. *Ephesus Richmond Seventh-Day Adventist Church, a/k/a Ephesus Richmond SDA Church*
   Record No. 0628-24-2
   Opinion rendered by Chief Judge Decker
     on April 8, 2025
   Refused (250558)

10. *Commonwealth's Attorney of Stafford County*
    v. *Rosa Serrano*
    Record No. 0396-24-4
    Opinion rendered by Judge Frucci
      on April 29, 2025
    Refused (250463)

11. *Daniel Torres Cruz, Sometimes Known as Daniel Torres-Cruz*
    v. *Commonwealth of Virginia*
    Record No. 1850-23-3
    Opinion rendered by Judge Athey
      on May 20, 2025
    Refused (250522)

12. *Rasheed Daniel Fleming, s/k/a Rasheed N. Fleming*
    v. *Commonwealth of Virginia*
    Record No. 0867-24-2
    Opinion rendered by Senior Judge Clements
      on June 10, 2025
    Refused (250612)

13. *Frank Devon Harris*
      v. *Commonwealth of Virginia*
     Record No. 2221-23-4
     Opinion rendered by Judge Lorish
       on August 5, 2025
     Dismissed (250831)

14. *Frank Devon Harris*
      v. *Commonwealth of Virginia*
     Record No. 0054-24-4
     Opinion rendered by Judge Lorish
       on August 5, 2025
     Dismissed (250831)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. *Derek Brawner*
   *v. Commonwealth of Virginia*
   Record No. 0216-23-4
   Memorandum opinion rendered by Judge Chaney on August 27, 2024
   Judgment of Court of Appeals reversed by published order issued on
     on November 18, 2025
   (240814)

2. *Renee B. Jauregui*
   *v. Shannon J. Cothran, M.D.*
   Record No. 1133-23-4
   Memorandum opinion rendered by Judge Causey on November 12, 2024
   Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
     on December 30, 2025
   (250019)

3. *Ingleside Emergency Group, LLC, et al.*
   *v. Michele H. Hollis, M.D.*
   Record No. 1311-23-2
   Memorandum opinion rendered by Judge Callins on November 12, 2024
   Judgment of Court of Appeals affirmed by opinion rendered
     on November 18, 2025
   (241064)